**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1942**

---

SAMUEL K. JACOBS; NANCY M. HECKERMAN,

        Plaintiffs - Appellants,

    v.

YELIN SHI; YU FAN,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:07-cv-00395-GBL)

---

Submitted:  March 25, 2008      Decided:  March 27, 2008

---

Before MOTZ, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Samuel K. Jacobs, Nancy Heckerman, Appellants Pro Se.  Edward James Friedman, WEINSTOCK, FRIEDMAN & FRIEDMAN, PA, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel K. Jacobs and Nancy M. Heckerman appeal the district court's order granting the Appellees' Federal Rules of Civil Procedure 12(b)(6) motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. <u>Jacobs v. Shi</u>, No. 1:07-cv-00395-GBL (E.D. Va. Aug. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>